UNITED STATES DISTRICT COURT

| CENTRAL | DISTRICT OF | ILLINOIS |

ESSEX INSURANCE COMPANY,

    Plaintiff,

v.

SOY CITY SOCK COMPANY, WILLIAM E. PHILLIPS COMPANY, INC. and FEDERAL INSURANCE COMPANY,

    Defendants.

**APPEARANCE**

Case Number: 06-2035

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants, WILLIAM E. PHILLIPS COMPANY, INC. and FEDERAL INSURANCE COMPANY.

I certify that I am admitted to practice in this court.

| 4/12/2006 | *[signature]* |
|---|---|
| Date | Signature |

Lynette D. Simmons — 6216851
Print Name — Bar Number

20 North Clark Street, Suite 1400
Address

| Chicago | IL | 60602 |
|---|---|---|
| City | State | Zip Code |

| (312) 803-6250 | (312) 803-6260 |
|---|---|
| Phone Number | Fax Number |