112-CGI-290 (LDS/ad)                                                                                            Bar No. 6216851

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ESSEX INSURANCE COMPANY,       )<br>                                                            )<br>                Plaintiff,       )<br>                                                            )<br>        vs.                                              )       Court No. 06 CV 2035<br>                                                            )<br>SOY CITY SOCK COMPANY,          )<br>WILLIAM E. PHILLIPS COMPANY, INC. )<br>and FEDERAL INSURANCE COMPANY, )<br>                                                            )<br>                Defendants.     )  | |

### DEFENDANTS', WILLIAM E. PHILLIPS COMPANY, INC. AND FEDERAL INSURANCE COMPANY, MOTION FOR EXTENSION

NOW COME the Defendants, WILLIAM E. PHILLIPS COMPANY, INC. and FEDERAL INSURANCE COMPANY, by and through their attorneys, SUDEKUM, CASSIDY & SHULRUFF, CHTD., and pursuant to Federal Rule of Civil Procedure 6, as for their Motion for an Extension of time in which to answer or otherwise plead, state as follows.

1.      That on April 12, 2006, defendants, WILLIAM E. PHILLIPS COMPANY, INC. and FEDERAL INSURANCE COMPANY, filed an Appearance in this matter.

2.      That defendants waived service in this matter as they are also parties to the matter of *Federal Insurance Company a/s/o William E. Phillips Company, Inc. v. Soy City Sock Company*, Case No. 2: OS-CV-02229.

        3.        That defendants hereby request an extension of 30 days in which to answer or otherwise plead to plaintiff's Declaratory Judgment Action.

                Respectfully submitted,

                SUDEKUM, CASSIDY & SHULRUFF, CHTD.

                By: /S/ Lynette D. Simmons
                      Attorney for Defendants,
                      WILLIAM E. PHILLIPS COMPANY, INC.
                      and FEDERAL INSURANCE COMPANY.

Lynette D. Simmons
Bar No. 6216851
Attorney for Defendants, William E. Phillips Company, Inc.
  and Federal Insurance Company
SUDEKUM, CASSIDY & SHULRUFF, CHTD.
20 North Clark Street
Suite 1400
Chicago, Illinois 60602
Phone: (312) 803-6250
Fax: (312) 803-6250
E-Mail: lds@scslegal.com