**E-FILED**
Friday, 14 April, 2006  11:04:34 AM
Clerk, U.S. District Court, ILCD

112-CGI-290 (LDS/ad)                                        Bar No. 6216851

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ESSEX INSURANCE COMPANY,          ) | |
| )                                 | |
| Plaintiff,          ) | |
| )                                 | |
| vs.          ) | Court No. 06 CV 2035 |
| )                                 | |
| SOY CITY SOCK COMPANY,          ) | |
| WILLIAM E. PHILLIPS COMPANY, INC. ) | |
| and FEDERAL INSURANCE COMPANY,  ) | |
| )                                 | |
| Defendants.          ) | |

## NOTICE OF MOTION

To:    Please See Attached Certificate of Service.

PLEASE TAKE NOTICE that on **April 28. 2006** at **9:00 a.m.**  we shall appear before  the **Honorable Michael P. McCuskey,** or any other judge sitting in his stead, in the United States District Court, Central District of Illinois, at which time we shall present the attached **Motion for Extension**, a copy of which is attached hereto and served on you.


/S/ Lynette D. Simmons _____

Lynette D. Simmons
Bar No. 6216851
Attorney for Defendants, William E. Phillips Company, Inc.
   and Federal Insurance Company
SUDEKUM, CASSIDY & SHULRUFF, CHTD.
20 North Clark Street
Suite 1400
Chicago, Illinois 60602
Phone:  (312) 803-6250
Fax: (312) 803-6250
E-Mail: lds@scslegal.com

## <u>CERTIFICATE OF SERVICE</u>

I, Lynette D. Simmons, an attorney of record in this cause, hereby certify that on April 14, 2006 I caused a copy of the foregoing Motion for Extension to be electronically served on all parties of record.

/S/ Lynette D. Simmons_____

Lynette D. Simmons

Bar No. 6216851

Attorney for Defendants, William E. Phillips Company, Inc.

  and Federal Insurance Company

SUDEKUM, CASSIDY & SHULRUFF, CHTD.

20 North Clark Street

Suite 1400

Chicago, Illinois 60602

Phone:  (312) 803-6250

Fax: (312) 803-6250

E-Mail: lds@scslegal.com