112-CGI-290 (LDS/ad)											Bar No. 6216851

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

ESSEX INSURANCE COMPANY,           )
                                   )
                    Plaintiff,     )
                                   )
       vs.                         )       Court No. 06 CV 2035
                                   )
SOY CITY SOCK COMPANY,             )
WILLIAM E. PHILLIPS COMPANY, INC.  )
and FEDERAL INSURANCE COMPANY,     )
                                   )
                    Defendants.    )

### JURY DEMAND

The undersigned, as attorney, enters the Jury Demand of the defendants, WILLIAM E. PHILLIPS COMPANY, INC. and FEDERAL INSURANCE COMPANY.

                              Respectfully submitted,

                              SUDEKUM, CASSIDY & SHULRUFF, CHTD.


                              By: /S/ Lynette D. Simmons
                                  Attorney for Defendants,
                                  WILLIAM E. PHILLIPS COMPANY, INC.
                                  and FEDERAL INSURANCE COMPANY.


Lynette D. Simmons
Bar No. 6216851
Attorney for Defendants, William E. Phillips Company, Inc.
  and Federal Insurance Company
SUDEKUM, CASSIDY & SHULRUFF, CHTD.
20 North Clark Street
Suite 1400
Chicago, Illinois 60602
Phone: (312) 803-6250
Fax: (312) 803-6250
E-Mail: lds@scslegal.com

**CERTIFICATE OF SERVICE**

      I, Lynette D. Simmons, an attorney of record in this cause, hereby certify that on April 14, 2006 I caused a copy of the foregoing Jury Demand to be electronically served on all parties of record.

                              /S/ Lynette D. Simmons

Lynette D. Simmons
Bar No. 6216851
Attorney for Defendants, William E. Phillips Company, Inc.
  and Federal Insurance Company
SUDEKUM, CASSIDY & SHULRUFF, CHTD.
20 North Clark Street
Suite 1400
Chicago, Illinois 60602
Phone: (312) 803-6250
Fax: (312) 803-6250
E-Mail: lds@scslegal.com