**E-FILED**
Friday, 21 April, 2006 10:09:23 AM
Clerk, U.S. District Court, ILCD

112-CGI-290 (LDS/ad)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Bar No. 6216851

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ESSEX INSURANCE COMPANY, ) ) Plaintiff, ) ) vs. ) ) SOY CITY SOCK COMPANY, ) WILLIAM E. PHILLIPS COMPANY, INC. ) and FEDERAL INSURANCE COMPANY, ) ) Defendants. ) | Court No. 06 CV 2035 |

### CERTIFICATE OF SERVICE

   I, Lynette D. Simmons, an attorney of record in this cause, hereby certify that on April 12, 2006 I caused a copy of the foregoing Appearance to be electronically served on all parties of record.


　　　　　　　　　　　　　　　　　　　　　　　　/S/ Lynette D. Simmons


Lynette D. Simmons
Bar No. 6216851
Attorney for Defendants, William E. Phillips Company, Inc.
  and Federal Insurance Company
SUDEKUM, CASSIDY & SHULRUFF, CHTD.
20 North Clark Street
Suite 1400
Chicago, Illinois 60602
Phone: (312) 803-6250
Fax: (312) 803-6250
E-Mail: lds@scslegal.com