AO 440 (Rev. 8/01) Summons in a Civil Action    8014-5001 PRR/blj

# UNITED STATES DISTRICT COURT

FOR THE CENTRAL    District of    ILLINOIS

**ESSEX INSURANCE COMPANY,**
    **Plaintiff,**
    V.
**SOY CTY SOCK COMPANY,**
**WILLIAM E. PHILLIPS COMPANY, INC.,**
**and FEDERAL INSURANCE COMPANY,**
    **Defendants.**

SUMMONS IN A CIVIL ACTION

CASE NUMBER:    06 CV 2035

TO: (Name and address of Defendant)

**Soy City Sock Company**
**15342 North Wood Street**
**Moroa, Illinois 61756**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**Peter R. Ryndak**
**Johnson & Bell, Ltd.**
**33 West Monroe Street**
**Suite 2700**
**Chicago, Illinois 60603**

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

5/30/06
DATE

s/V. Ball
(BY) DEPUTY CLERK