112-CGI-290 (FJS/ad)                      Bar No. 6182381

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ESSEX INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Court No. 06 CV 2035 |
| ) | |
| SOY CITY SOCK COMPANY, ) | |
| WILLIAM E. PHILLIPS COMPANY, INC. ) | |
| and FEDERAL INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I, Frederick J. Sudekum, III, an attorney of record in this cause, hereby certify that on June 12, 2006 I caused a copy of the foregoing Appearance to be electronically served on all parties of record.

                                             /S/ Frederick J. Sudekum, III

Frederick J. Sudekum, III
Bar No. 6182381
Attorney for Defendants, William E. Phillips Company, Inc.
  and Federal Insurance Company
SUDEKUM, CASSIDY & SHULRUFF, CHTD.
20 North Clark Street
Suite 1400
Chicago, Illinois 60602
Phone: (312) 803-6250
Fax: (312) 803-6250
E-Mail: fjs@scslegal.com