Law Offices
**SUDEKUM, CASSIDY & SHULRUFF, CHTD.**
20 North Clark Street
Suite 1400
Chicago, Illinois 60602
**312-803-6250**

_____
FAX 312-803-6260

Lynette D. Simmons
Direct No. 312-541-8435
E-Mail LDS@SCSLEGAL.COM

June 13, 2006

**VIA ELECTRONIC FILING**

Magistrate Judge David G. Bernthal
United States District Court
201 South Vine Street
Urbana, Illinois 61802

    Re:    *Essex Insurance Company v. Soy City Sock Company, et al.*
           Court No.:    06-2035
           Our File No.:  112-CGI-290

Dear Magistrate Judge Bernthal:

    As you requested in our telephonic court conference of June 8, 2006, please be advised that our research confirms that William E. Phillips, Inc. is registered in the State of Illinois. The corporation's principal place of business is 3620 Swenson Avenue in St. Charles, Illinois 60174.

    Should you have any further questions concerning this, please do not hesitate to let me know.

                        Very truly yours,

                        /S/ Lynette D. Simmons

LDS/ad

    cc:    Peter Ryndak (Johnson & Bell, Ltd.)
           Frederick J. Sudekum, III

Lynette D. Simmons
Bar No. 6216851
Attorney for Defendants, William E. Phillips Company, Inc.
   and Federal Insurance Company
SUDEKUM, CASSIDY & SHULRUFF, CHTD.
20 North Clark Street
Suite 1400
Chicago, Illinois 60602
Phone: (312) 803-6250
Fax: (312) 803-6250
E-Mail: lds@scslegal.com