E-FILED
Tuesday, 15 August, 2006   04:17:00 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| ESSEX INSURANCE COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) Case Number: 06-2035 |
| SOY CITY SOCK COMPANY, WILLIAM E. PHILLIPS. COMPANY, INC. and FEDERAL INSURANCE COMPANY, | ) |
| Defendant. | ) |

## APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for The Defendant Soy City Sock Company, Inc.

I certify that I am admitted to practice in this court.

_August 15, 2006_          /s/ David K. Cox
Date                                  Signature

_____
Print Name                            Bar Number

Washington Plaza
Address

112 West Washington Street

Monticello           Illinois           61856
City                      State              Zip Code

(217) 762-3356          (217) 762-3357
Phone Number          Fax Number
E-mail: mayorcox@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

### CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Peter R. Ryndak
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, Illinois  60603

s/David K. Cox
Attorney                    Bar Number
Attorney for Defendant
David K. Cox
Attorney at Law
Washington Plaza
112 West Washington Street
Monticello, Illinois  61856
Telephone: (217) 762-3356
Fax: (217) 762-3357
E-mail: mayorcox@aol.com