IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | Case Number: 06-2035 |
| | ) | |
| v. | ) | |
| | ) | |
| SOY CITY SOCK COMPANY, WILLIAM E. PHILLIPS. COMPANY, INC. and FEDERAL INSURANCE COMPANY, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ANSWER AND AFFIRMATIVE DEFENSES OF PETITIONER SOY CITY SOCK COMPANY, INC. TO THE COMPLAINT FOR DECLATORY JUDGMENT AND OTHER RELIEF

NOW COMES Defendant SOY CITY SOCK COMPANY, INC., by counsel DAVID K. COX, pursuant to Federal Rule of Civil Procedure 8, and files its ANSWER AND AFFIRMATIVE DEFENSES OF PETITIONER SOY CITY SOCK COMPANY, INC. TO THE COMPLAINT FOR DECLATORY JUDGMENT AND OTHER RELIEF, stating as follows:

### INTRODUCTION

1. The Defendant admits the allegations in paragraph 1 of the Complaint.

2. The Defendant admits the allegations in paragraph 2 of the Complaint.

### THE PARTIES

3. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3 of the Complaint to the extent that there is reference to the state of incorporation and the principal place of business. Further answering, the Defendant admits the remaining allegations in paragraph 3 of the Complaint.

4. The Defendant admits the allegations in paragraph 4 of the Complaint.

5. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5 of the Complaint.

6. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6 of the Complaint.

### JURISDICTION – VENUE

7. The Defendant admits the allegations in paragraph 7 of the Complaint.

8. The Defendant admits the allegations in paragraph 8 of the Complaint.

### THE ESSEX POLICY

9. The Defendant admits the allegations in paragraph 9 of the Complaint.

10. The Defendant admits the allegations in paragraph 10 of the Complaint.

11. The Defendant admits the allegations in paragraph 11 of the Complaint.

12. The Defendant admits the allegations in paragraph 12 of the Complaint.

13. The Defendant admits the allegations in paragraph 13 of the Complaint.

14. The Defendant admits the allegations in paragraph 14 of the Complaint.

15. The Defendant admits the allegations in paragraph 15 of the Complaint.

### THE UNDERLYING ACTION

16. The Defendant admits the allegations in paragraph 16 of the Complaint.

17. The Defendant admits the allegations in paragraph 17 of the Complaint.

18. The Defendant admits the allegations in paragraph 18 of the Complaint.

19. The Defendant admits the allegations in paragraph 19 of the Complaint.

20. The Defendant admits the allegations in paragraph 20 of the Complaint.

21. The Defendant admits the allegations in paragraph 21 of the Complaint.

## GENERAL ALLEGATIONS

22. The Defendant admits the allegations in paragraph 22 of the Complaint.

23. The Defendant admits the allegations in paragraph 23 of the Complaint.

24. The Defendant admits the allegations in paragraph 24 of the Complaint.

25. The Defendant admits the allegations in paragraph 25 of the Complaint.

26. The Defendant admits the allegations in paragraph 26 of the Complaint.

27. The Defendant admits the allegations in paragraph 27 of the Complaint.

## THE EXPRESS TERMS OF THE ESSEX POLICY

28. The Defendant admits the allegations in paragraph 28 of the Complaint.

29. The Defendant denies the allegations in paragraph 29 of the Complaint.

30. The Defendant admits the allegations in paragraph 30 of the Complaint.

31. The Defendant denies the allegations in paragraph 31 of the Complaint.

32. The Defendant denies the allegations in paragraph 32 of the Complaint.

33. The Defendant admits the allegations in paragraph 33 of the Complaint.

34. The Defendant denies the allegations in paragraph 34 of the Complaint.

35. The Defendant denies the allegations in paragraph 35 of the Complaint.

36. The Defendant denies the allegations in paragraph 36 of the Complaint.

## AFFIRMATIVE DEFENSE ONE

1. There is a written agreement between the Defendant SOY SITY SOCK COMPANY, INC., and the WILLIAM E. PHILLIPS CO., INC., in which the risk of loss for the subject property was accepted by the WILLIAM E. PHILLIPS CO., INC.

2. While this written agreement has been acknowledged by the WILLIAM E. PHILLIPS CO., INC, the written agreement has not been forwarded as requested by counsel for the Defendant.

3. The existence of such a written agreement will render this federal action moot.

WHERFORE, the Defendant SOY CITY SOCK COMPANY requests that this court deny the relief requested in the Complaint for Declaratory Relief.

Respectfully submitted,

SOY CITY SOCK COMPANY, INC

By: /s/David K. Cox

David K. Cox,
Attorney for SOY CITY
SOCK COMPANY, INC

David K. Cox
Attorney at Law
Washington Plaza
112 West Washington Street
Monticello, Illinois 61856
217/762-3800

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing.

August 22, 2006
Date

/s/ David K. Cox
Signature

David K. Cox
Print Name                Bar Number

Washington Plaza
Address

112 West Washington Street

Monticello    Illinois  61856
City          State    Zip Code

(217) 762-3800    (217) 762-3790
Phone Number      Fax Number

E-mail:  mayorcox@aol.com