112-CGI-290 (LDS/ad)                                                                   Bar No. 6216851

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ESSEX INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| vs. | )    Court No. 06 CV 2035 |
| SOY CITY SOCK COMPANY, WILLIAM E. PHILLIPS COMPANY, INC. and FEDERAL INSURANCE COMPANY, | ) ) ) ) ) |
| Defendants. | ) |

### DEFENDANTS', WILLIAM E. PHILLIPS COMPANY, INC. AND FEDERAL INSURANCE COMPANY, ANSWER TO CO-DEFENDANT, SOY CITY SOCK COMPANY, INC.'S AFFIRMATIVE DEFENSE

NOW COME the Defendants, WILLIAM E. PHILLIPS COMPANY, INC. ("PHILLIPS") and FEDERAL INSURANCE COMPANY ("FEDERAL"), by and through their attorneys, SUDEKUM, CASSIDY & SHULRUFF, CHTD., and for their answer to co-defendant, SOY CITY SOCK COMPANY, INC.'s ("SOY CITY") Affirmative Defense, states as follows:

### AFFIRMATIVE DEFENSE 1

1. There is a written agreement between defendants, SOY SITY (sic) SOCK COMPANY, INC. and WILLIAM E. PHILLIPS COMPANY, INC., in which the risk for loss of subject property was accepted by WILLIAM E. PHILLIPS COMPANY, INC.

    **ANSWER:**    Defendants admit that there is a "written agreement" between defendants, SOY CITY and PHILLIPS, but denies PHILLIPS accepted the risk of loss in this "written agreement" or at any time in any "written agreement" for the subject property and, therefore, deny the allegations contained in paragraph 1.

2.  While this written agreement was acknowledged by WILLIAM E. PHILLIPS COMPANY, INC., the written agreement has not been forwarded as requested by counsel for defendant.

**ANSWER:** Defendants deny the allegations contained in paragraph 2.

3.  The existence of such a written agreement will render this federal action moot.

**ANSWER:** Defendants deny the allegations contained in paragraph 3.

WHEREFORE, Defendants, WILLIAM E. PHILLIPS COMPANY, INC. and FEDERAL INSURANCE COMPANY, request that this court deny the relief requested in SOY CITY SOCK COMPANY, INC.'s Affirmative Defense.

            Respectfully submitted,

            SUDEKUM, CASSIDY & SHULRUFF, CHTD.

            By: /S/ Lynette D. Simmons
              Attorney for Defendants,
              WILLIAM E. PHILLIPS COMPANY, INC.
              and FEDERAL INSURANCE COMPANY.

Lynette D. Simmons
Bar No. 6216851
Attorney for Defendants, William E. Phillips Company, Inc.
 and Federal Insurance Company
SUDEKUM, CASSIDY & SHULRUFF, CHTD.
20 North Clark Street
Suite 1400
Chicago, Illinois 60602
Phone: (312) 803-6250
Fax: (312) 803-6250
E-Mail: lds@scslegal.com

**CERTIFICATE OF SERVICE**

      I, Lynette D. Simmons, an attorney of record in this cause, hereby certify that on September 8, 2006, I caused a copy of the foregoing Defendants', William E. Phillips Company, Inc. and Federal Insurance Company, Answer to Co-Defendant, Soy City Sock Company, Inc.'s Affirmative Defenses, to be electronically served on all parties of record.

                                                   /S/ Lynette D. Simmons

Lynette D. Simmons
Bar No. 6216851
Attorney for Defendants, William E. Phillips Company, Inc.
  and Federal Insurance Company
SUDEKUM, CASSIDY & SHULRUFF, CHTD.
20 North Clark Street
Suite 1400
Chicago, Illinois 60602
Phone: (312) 803-6250
Fax: (312) 803-6250
E-Mail: lds@scslegal.com