**E-FILED**
Thursday, 21 September, 2006 04:24:48 PM
Clerk, U.S. District Court, ILCD

WM/PRR/blj                                8014-5001                                *#1480351*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: **06 CV 2035** |
| | ) | |
| SOY CITY SOCK COMPANY, | ) | |
| WILLIAM E. PHILLIPS COMPANY, INC. | ) | |
| and FEDERAL INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

### *JOINT REPORT OUTLINING DISCOVERY PLAN*

NOW COME the Parties, through all Counsel of Record and for their Joint Report with respect to a Proposed Discovery Plan state as follows:

### *I.     INTRODUCTION*

1. In this insurance coverage action, Essex Insurance Company seeks a declaration that it owes no duty to defend or indemnify Soy City with respect to claims for property damage and owes no duty to defend Soy City with respect to an underlying action filed in the United States District Court for the Central District of Illinois, Urbana Division and styled *Federal Insurance Company as subrogee of William E. Phillips Company, Inc. vs. Soy City Sock Company* and given Case No. 2:05-CV-02229-HAB-DGB ("the underlying action").

2. Both Soy City and Federal Insurance Company take the position that Essex's owes a duty to defend and indemnify Soy City with respect to the claims for property damage pending in the underlying action.

3. On September 14, 2006, the parties held a joint teleconference pursuant to Rule 26(f) to discuss a joint proposed discovery schedule for this matter. Along these lines, the parties

-2-

contemplate, at this juncture, the need for limited written discovery. The written discovery shall be directed toward the goal of filing summary judgment motions on the issue of coverage. Therefore, the parties propose the following plan that will result in the filing of cross motions for summary judgment. However, should the court deny the motions for summary judgment and determine that there is an issue of fact, the parties contemplate the need for oral discovery and a revised Rule 16 Case Management Order which can be taken up once the motions are decided.

## II.   THE PROPOSED DISCOVERY PLAN

1. The parties will complete written discovery on or before November 28, 2006.
2. Initial Dispositive motions shall be filed on or before January 29, 2006.
3. The parties shall file their Rule 26(a) disclosures within twenty-eight days of the entry of the Court's Rule 16 Case Management Order.
4. Should the Court deny the Initial Dispositive motions, the parties will engage in oral discovery and take up the need for a Revised Scheduling Order with the Court.

-3-

WHEREFORE, the parties jointly propose a scheduling order similar to the one outlined above.

                        Respectfully submitted,

                        JOHNSON & BELL, LTD.

                        By: \s\Peter R. Ryndak
                              One of the Attorneys for Plaintiff -
                              Essex Insurance Company

Peter R. Ryndak
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, Illinois 60603
(312) 372-0770