IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, as subrogee of WILLIAM E. PHILLIPS CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> SOY CITY SOCK COMPANY, <br><br> Defendant. | Case Number: 05-2229 |

## ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT

NOW COMES Defendant SOY CITY SOCK COMPANY, INC by counsel DAVID K. COX, pursuant to Federal Rule of Civil Procedure 8, and files its ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT, stating as follows:

### THE PARTIES

1. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of paragraph 1 of the Complaint. The Defendant denies the allegations that FIC was authorized to issue insurance policies in the State of Illinois.

2. The Defendant admits the allegations in paragraph 2 of the Complaint.

### JURISDICTION-VENUE

3. The Defendant denies the allegations in paragraph 3 of the Complaint.

4. The Defendant denies the allegations in paragraph 4 of the Complaint.

## GENERAL ALLEGATIONS

5. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5 of the Complaint.

6. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6 of the Complaint.

7. The Defendant admits the allegations in paragraph 7 of the Complaint.

8. The Defendant admits the allegations in paragraph 8 of the Complaint.

9. The Defendant admits the allegations in paragraph 9 of the Complaint.

10. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 10 of the Complaint.

11. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11 of the Complaint.

## COUNT I: NEGLIGENCE

12. The Defendant reasserts his responses to paragraphs 1 – 11 as though fully set forth herein at length.

13. The Defendant admits the allegations in paragraph 13 of the Complaint.

14. The Defendant denies the allegations in paragraph 14 of the Complaint.

15. The Defendant denies the allegations in paragraph 15 of the Complaint.

## COUNT II: BREACH OF CONTRACT

16. The Defendant reasserts his responses to paragraphs 1 – 15 as though fully set forth herein at length.

17. The Defendant admits the allegations in paragraph 17 of the Complaint.

18. The Defendant denies the allegations in paragraph 18 of the Complaint.

19. The Defendant denies the allegations in paragraph 19 of the Complaint.

## COUNT III: BREACH OF WARRANTIES

20. The Defendant reasserts his responses to paragraphs 1 – 19 as though fully set forth herein at length.

21. The Defendant admits the allegations in paragraph 21 of the Complaint.

22. The Defendant admits the allegations in paragraph 22 of the Complaint.

23. The Defendant denies the allegations in paragraph 23 of the Complaint.

24. The Defendant denies the allegations in paragraph 24 of the Complaint.

25. The Defendant denies the allegations in paragraph 25 of the Complaint.

## COUNT IV: BAILMENT

26. The Defendant reasserts his responses to paragraphs 1 – 25 as though fully set forth herein at length.

27. The Defendant admits the allegations in paragraph 27 of the Complaint.

28. The Defendant admits the allegations in paragraph 28 of the Complaint.

29. The Defendant denies the allegations in paragraph 29 of the Complaint.

30. The Defendant admits the allegations in paragraph 30 of the Complaint.

31. The Defendant admits the allegations in paragraph 31 of the Complaint.

32. The Defendant denies the allegations in paragraph 32 of the Complaint.

## AFFIRMATIVE DEFENSE ONE

Lack of Jurisdiction

1. Illinois has a Door-Closing Statute, 805 ILSC 5/13.70 (and 805 ILCS 5/13.75.), concerning denial of foreign corporations access to Illinois civil courts until compliance with the statutory requirements.

2. The United states Supreme Court has upheld the dismissal of federal court diversity actions based on a state door-closing statue in *Woods v. Interstate Realty Co.*, 337 U.S. 535, 69 S.Ct. 1235, 93 L.Ed. 1524 (1949) and *Eli Lily & Co. v. Sav-On-Drugs, Inc.*, 366 U.S. 276, 81 S.Ct. 1316, 6 L.Ed.2d 288 1961).

3. The State of Illinois Secretary of State has no records which indicate that the "Federal Insurance Company", the Plaintiff in this case, has complied with Illinois Door-Closing Statute, 805 ILSC 5/13.70 (and 805 ILCS 5/13.75.)

4. The case should be dismissed because the Plaintiff could not meet the jurisdictional federal court requirements based on the "diversity".

## AFFIRMATIVE DEFENSE TWO

1. There is a written agreement between the Defendant SOY SITY SOCK COMPANY, INC., and the WILLIAM E. PHILLIPS CO., INC., in which the risk of loss for the subject property was accepted by the WILLIAM E. PHILLIPS CO., INC.

2. While this written agreement has been acknowledged by the WILLIAM E. PHILLIPS CO., INC, the written agreement has not been forwarded as requested by counsel for the Defendant.

3. The existence of such a written agreement will render this federal action moot.

WHERFORE, the Defendant SOY CITY SOCK COMPANY requests that this court deny the relief requested in the Complaint.

>Respectfully submitted,
>
>SOY CITY SOCK COMPANY, INC.
>
>By:  /s/David K. Cox
>
>>David K. Cox
>>Attorney for SOY CITY
>>SOCK COMPANY, INC.

David K. Cox
Attorney at Law
Washington Plaza
112 West Washington Street
Monticello, Illinois 61856
217/762-3800

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Mr. Peter R. Ryndak
Johnson and Bell
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603-5404
ryndakp@jbltd.com

Lynette D. Simmons
Sudekum, Cassidy & Shulruff, Chtd.
20 North Clark Street, Suite 1400
Chicago, Illinois 60602
lds@scslegal.com

| | |
|---|---|
| September 14, 2006<br>Date | /s/ David K. Cox<br>Signature |
| | David K. Cox          <br>Print Name      Bar Number |
| | Washington Plaza<br>Address |
| | 112 West Washington Street |
| | Monticello   Illinois  61856<br>City          State   Zip Code |
| | (217) 762-3800    (217) 762-3790<br>Phone Number     Fax Number |
| | E-mail: mayorcox@aol.com |