112-CGI-290 (LDS/ad)                                              Bar No. 6216851

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

ESSEX INSURANCE COMPANY,           )
                                   )
           Plaintiff,           )
                                   )
vs.                                )      Court No. 06 CV 2035
                                   )
SOY CITY SOCK COMPANY,             )
WILLIAM E. PHILLIPS COMPANY, INC.  )
and FEDERAL INSURANCE COMPANY,     )
                                   )
           Defendants.         )

### DEFENDANTS', WILLIAM E. PHILLIPS COMPANY, INC. AND FEDERAL INSURANCE COMPANY, MOTION TO COMPEL

Defendants, WILLIAM E. PHILLIPS COMPANY, INC. ("PHILLIPS") and FEDERAL INSURANCE COMPANY ("FEDERAL"), by and through their attorneys, SUDEKUM, CASSIDY & SHULRUFF, CHTD., and for its Motion to Compel Defendant, SOY CITY SOCK COMPANY ("SOY CITY") to respond to written discovery, states as follows:

1.    On September 21, 2006, the parties filed their Joint Report outlining a Discovery Plan.

2.    The parties agreed, *inter alia,* that written discovery was to be completed on or before November 28, 2006. The parties agreed to an extension of December 5, 2006, in which to complete this discovery.

3.    Defendants, PHILLIPS and FEDERAL, served written discovery upon SOY CITY on October 17, 2006.

4. On December 8, 2006, counsel for defendants, PHILLIPS and FEDERAL, forwarded a letter to SOY CITY seeking answers to the discovery served on October 17, 2006. (A copy of the December 8, 2006 correspondence is attached as Exhibit "A.")

5. Counsel for SOY CITY responded on December 12, 2006, indicating that his client would be complying with this discovery.

6. On January 10, 2007, counsel for defendants again requested answers to discovery of counsel for SOY CITY. (A copy of the January 10, 2007 correspondence is attached as Exhibit "B.")

7. On January 22, 2007, counsel for SOY CITY responded that his client would comply with discovery within the week.

8. Pursuant to Local Rule 37.2, counsel for defendants, PHILLIPS and FEDERAL, called and left a voicemail for counsel for SOY CITY and requested compliance with the outstanding discovery.

9. That pursuant to the court's order of September 25, 2006, all dispositive motions are to be filed on or before January 29, 2007.

10. That to date, defendants, PHILLIPS and FEDERAL, have not received answers to written discovery from defendant, SOY CITY.

11. SOY CITY's late response to discovery has prejudiced these defendants' ability to prepare a dispositive motion by January 29, 2007.

12. Defendants seek an order compelling the outstanding discovery within 14 days of the entry of any order concerning it and an additional 21 days thereafter to prepare a dispositive motion.

WHEREFORE, the Defendants, WILLIAM E. PHILLIPS COMPANY, INC. and FEDERAL INSURANCE COMPANY, hereby request that this Honorable Court enter an order compelling the defendant, SOY CITY SOCK COMPANY, to answer outstanding written discovery within 14 days of the entry of this order and extending the time in which to file dispositive motions by 21 days thereafter, or any other relief this Court deems proper.

    Respectfully submitted,

    SUDEKUM, CASSIDY & SHULRUFF, CHTD.


    By: /S/ Lynette D. Simmons
        Attorney for Defendants,
        WILLIAM E. PHILLIPS COMPANY, INC.
        and FEDERAL INSURANCE COMPANY.

Lynette D. Simmons
Bar No. 6216851
Attorney for Defendants, William E. Phillips Company, Inc.
  and Federal Insurance Company
SUDEKUM, CASSIDY & SHULRUFF, CHTD.
20 North Clark Street, Suite 1400
Chicago, Illinois 60602
Phone:  (312) 803-6250
Fax: (312) 803-6250
E-Mail: lds@scslegal.com

**CERTIFICATE OF SERVICE**

      I, Lynette D. Simmons, an attorney of record in this cause, hereby certify that on January 22, 2007, I caused a copy of the foregoing Defendants', William E. Phillips Company, Inc. and Federal Insurance Company, Motion to Compel to be electronically served on all parties of record.

                                /S/ Lynette D. Simmons

Lynette D. Simmons
Bar No. 6216851
Attorney for Defendants, William E. Phillips Company, Inc.
  and Federal Insurance Company
SUDEKUM, CASSIDY & SHULRUFF, CHTD.
20 North Clark Street
Suite 1400
Chicago, Illinois 60602
Phone: (312) 803-6250
Fax: (312) 803-6250
E-Mail: lds@scslegal.com

Law Offices

**SUDEKUM, CASSIDY & SHULRUFF, CHTD.**

20 North Clark Street
Suite 1400
Chicago, Illinois 60602
**312-803-6250**

———
Fax 312-803-6260

Lynette D. Simmons
Direct No. 312-541-8435
E-Mail lds@scslegal.com

December 8, 2006

Mr. David K. Cox
Washington Plaza
112 West Washington Street
Monticello, Illinois 61856

   *Re:* *Essex Insurance Company v. Soy City Sock Company, et al.*
     Court No.: 06-2035
     Our File No.: 112-CGI-290

Dear Mr. Cox:

  Please be advised that we served discovery on Soy City Sock Company on October 17, 2006. As you already know, per the court Order, the discovery was due to our attention on or before November 28, 2006. We previously agreed with Peter Ryndak, counsel for Essex Insurance Company, to extend this date to December 5, 2006. We note that to date we have not yet received any communication from you concerning this discovery. Please let me know when we can expect to receive your answers.

         Very truly yours,


         Lynette D. Simmons

LDS/ad

Law Offices
**SUDEKUM, CASSIDY & SHULRUFF, CHTD.**
20 North Clark Street
Suite 1400
Chicago, Illinois 60602
**312-803-6250**

———
Fax 312-803-6260

Lynette D. Simmons
Direct No. 312-541-8435
E-Mail lds@scslegal.com

January 10, 2007

**VIA FAX ((217) 762-3790) AND US MAIL**
Mr. David K. Cox
Washington Plaza
112 West Washington Street
Monticello, Illinois 61856

    Re:    *Essex Insurance Company v. Soy City Sock Company, et al.*
           Court No.:    06-2035
           Our File No.:  112-CGI-290

Dear Mr. Cox:

    Please consider this a follow-up to my letter of December 8, 2006.

    We served discovery on Soy City Sock Company on October 17, 2006. As you already know, per the court Order, the discovery was due to our attention on or before November 28, 2006. We previously agreed with Peter Ryndak, counsel for Essex Insurance Company, to extend this date to December 5, 2006. We note that to date we have not yet received this discovery, though we did receive your letter of December 12, 2006, promising compliance. Please let me know when we can expect to receive your answers.

                             Very truly yours,

                             Lynette D. Simmons

LDS/ad

    cc:    Addressee (First Class Mail)
           Peter Ryndak (Johnson & Bell, Ltd. – Via Fax & First Class Mail)

P:\CGI\Cgi290\Letters\Cox re discovery ans 002.wpd