IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ESSEX INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number:  06-2035 |
| | ) |
| SOY CITY SOCK COMPANY, | ) |
| WILLIAM E. PHILLIPS. COMPANY, | ) |
| INC. and FEDERAL INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR ENLARGEMENT OF TIME

    NOW COMES the Defendant SOY CITY SOCK COMPANY, INC., by counsel David K. Cox, and pursuant to Federal Rule of Civil Procedure 6(b) and C.D. Ill. Local Con & Civ. Rule 6.1, and files its MOTION FOR ENLARGEMENT OF TIME, stating as follows:

    1. A Motion for Summary Judgment was filed by the Essex Insurance Company on May 8, 2007.

    2. The Court has established a deadline for submission of a response by Soy City Sock Company of June 7, 2007, and a reply date for Essex of June 18, 2007.

    3. Counsel for Soy City Sock Company needs additional time to complete the response to the motion until June 14, 2007, because:

        A. Several juvenile cases in which Counsel is involved have required expedient attention doing the last two weeks.

        B. Counsel must be at St. Louis University on, June 6 until June 8, 2007 on business.

    4. The reply date for Essex should be adjusted by the same number of days as the extension requested by the Soy City Sock Company.

    5. Counsel does not believe that any parties object to the extension.

    6. This motion is not designed to delay the proceedings.

WHEREFORE, the Defendant Soy City Sock Company prays that the Court will grant their MOTION FOR ENLARGEMENT OF TIME.

        Respectfully submitted,
        SOY CITY SOCK COMPANY,INC

        By: /s/David K. Cox_____
         David K. Cox
        Attorney for Defendant,
        SOY CITY SOCK COMPANY, INC.

David K. Cox
Attorney for Defendant
Washington Plaza
112 West Washington Street
Monticello, Illinois  61826
Telephone:  217/762-3800
Facsimile: 217/762-3790
e-mail: mayorcox@aol.com