# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**ESSEX INSURANCE COMPANY,**
**Plaintiff,**

vs.                                                                               Case Number:   **06-2035**

**SOY CITY SOCK COMPANY, ET AL.,**
**Defendants.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiff Essex and against defendants Soy City, Phillips and Federal.  This case is terminated.

ENTER this <u>24th</u> day of August 2007

s/JOHN M. WATERS, CLERK
JOHN M. WATERS, CLERK


<u>    s/K. Wyn n         </u>
BY:  DEPUTY CLERK